| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Block, Frederic | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>04/10/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.  ☐  Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>225 Cadman Plaza E.<br>Eastern District Court of NY<br>Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer | Frederic Block, P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 14 A 10: 33 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | NEW YORK STATE TEACHERS' RETIREMENT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   ALLIED CAPITAL CORP. | B | Dividend | K | T | | | | | |
| 2.   AMERICA MOVIL SER L ADR (1) | A | Dividend | K | T | part. sell | 7/24 | J | D | |
| 3.   CITIGROUP INC. (1) | A | Interest | J | T | | | | | |
| 4.   DNP SELECT INCOME FD INC. | B | Dividend | K | T | | | | | |
| 5.   DOW CHEMICAL(1) | A | Dividend | | | sell | 6/14 | K | C | |
| 6.   INTERNET HOLDERS DEP RCPT(1) | | | | | sell | 7/24 | J | | |
| 7.   LYONDELL CHEMICAL PV(1) | A | Dividend | | | sell | 2/23 | J | A | |
| 8.   NORTHFORK now CAPITAL ONE FIN.(1) | A | Dividend | J | T | | | | | |
| 9.   GENERAL ELECTRIC(1) | A | Dividend | K | T | | | | | |
| 10.  CHEVRON/TEXACO CORP.(1) | A | Dividend | K | T | | | | | |
| 11.  ALLIED CAPITAL CORP.(1) | B | Dividend | K | T | | | | | |
| 12.  DNP SELECT INCOME FUND INC.(1) | B | Dividend | K | T | | | | | |
| 13.  NORTH FORK now CAPITAL ONE FIN. | A | Dividend | J | T | | | | | |
| 14.  BLACKROCK INCM TR INC(1) | A | Dividend | K | T | | | | | |
| 15.  BLACKROCK INCM TR INC | B | Dividend | K | T | | | | | |
| 16.  BLACKROCK NY MN 1 TR SBI | C | Dividend | L | T | | | | | |
| 17.  EATON VANCE TAX ADV. DIV. INC. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| FD. | | | | | | | | | |
| 18. ACE LIMITED DEP SHR REP 1/10 CUM RED 7.8% SER C(1) | A | Interest | J | T | | | | | |
| 19. KIMCO REALTY CORP. DEP SHR REP 1/10 CUM RD 6.65% PFD SHR (1) | A | Interest | J | T | | | | | |
| 20. CITIGROUP CAP. VIII DEF INT TRUST PFD STK 6.950% 09/15/31 | B | Interest | K | T | | | | | |
| 21. GENERAL MOTORS ACEP CORP PUBLIC INC NOTES 7.35% 08/08/32 | B | Interest | | | SELL | 11/3 | J | | |
| 22. GENERAL ELECTRIC CAPTL SENIOR NOTED PFD 5.875% 2/18/33(1) | B | Interest | K | T | | | | | |
| 23. VIRGINIA POWER CAP TR II GRD TR PFD SECS 7.375% 07/30/42 | B | Dividend | K | T | | | | | |
| 24. CITIGP CAPITAL VIII DEF INT TRUST PFD STK 6.959% 09/15/31(1) | B | Interest | K | T | | | | | |
| 25. VIRGINIA POWER CAP TR II GTD TR PFD SECS 7.375% 07/30/42(1) | B | Dividend | | | sell | 6/21 | K | | |
| 26. WELLS FARGO CAP VIII 5.625% 8-1-33(1) | B | Dividend | K | T | buy | 6/21 | K | | |
| 27. BAYSHORE NY UN FREE SCH 4.25% 1-15-24(1) | B | Interest | K | T | buy | 7/24 | K | | |
| 28. LONG ISLAND PWR AT NY EL 4.5% 12-1-24(1) | B | Interest | K | T | buy | 7/24 | K | | |
| 29. METRO TRANSIT 5.75 7/13 | A | Interest | J | T | | | | | |
| 30. NY NYC MUN WFA 4.5% 6-15-36(1) | B | Interest | K | T | buy | 7/28 | K | | |
| 31. NYS EFC ST CLN DRKG SER A 4.25% 11-15-19(1) | B | Interest | K | T | buy | 7/24 | K | | |
| 32. NEW ROCHELLE NY PUB INPT SER A 4.125% 3-15-22(1) | B | Interest | K | T | buy | 7/26 | K | | |
| 33. NYS SER A 4% 3-15-22(1) | A | Interest | K | T | buy | 7/25 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. NYC IND DEV 6.0 1/15 | B | Interest | | | sell | 1/26 | K | | |
| 35. NYC NY SER H 5.00 03/15/29(1) | A | Interest | J | T | | | | | |
| 36. NYS URBAN DEV 5.375 01/01/25(1) | B | Interest | | | redeem | 1/3 | K | | |
| 37. HARTFORD DIRECTOR(1) | | None | N | T | | | | | |
| 38. ABN AMRO CAP FD TR VII PFD NON CUM 6.08% PERP | A | Dividend | K | T | | | | | |
| 39. ROYAL BK SCOT GRP PLC 6.35% NONCUM PRF SR-N | A | Dividend | K | T | | | | | |
| 40. WALT DISNEY SR PFD NOTES 7% 11/01/31 | A | Dividend | | | sell | 11/22 | K | | |
| 41. CATERPILLAR INC DEL | A | Dividend | | | sell | 8/24 | K | C | |
| 42. BLACKROCK MUNIYIELD NY INS FD INC | A | Dividend | K | T | | | | | |
| 43. NUVEEN NY QUAL INC MUNI | A | Dividend | J | T | | | | | |
| 44. PIMCO NY MUN INC FD | A | Dividend | K | T | | | | | |
| 45. MASCO CORP(1) | A | Dividend | | | sell | 7/24 | J | | |
| 46. MORTGAGE IT HOLDINGS INC(1) | A | Dividend | J | T | | | | | |
| 47. PIEDMONT NATRL GAS NC(1) | A | Dividend | | | sell | 7/24 | K | B | |
| 48. AXAENTERPRISE MERGERS % AQUIS. FD CL C (1) | | None | | | sell | 7/24 | K | A | |
| 49. ML GLOBAL ALLOC. C (1) | A | Dividend | | | sell | 7/24 | K | A | |
| 50. US TREASURY NOTE 3.125% 10/15/08(2) | B | Interest | | | sell | 12/21 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. NY TWY AT HWY-BRDG (2) | A | Interest | | | sell | 12/22 | K | | |
| 52. ACTIVISION INC COM NEW(2) | | None | | | sell | 6/15 | J | | |
| 53. AMGEN INC COM PV (2) | | None | | | sell | 4/20 | K | | |
| 54. CAREMARK RX INC(2) | | None | | | sell | 4/20 | J | | |
| 55. COMVERSE TECH.(2) | | None | | | sell | 5/17 | J | | |
| 56. CONOCOPHILLIPS(2) | A | Dividend | | | sell | 5/12 | K | A | |
| 57. CSX CORP(2) | A | Dividend | | | sell | 5/17 | K | D | |
| 58. GLAXOSMITHKLINE PLC ADR(2) | A | Dividend | | | sell | 10/30 | J | A | |
| 59. INCO LTD(2) | A | Dividend | | | sell | 5/10 | K | D | |
| 60. ISHARES DJ US CONSUMER GOODS SEC IND FD(2) | A | Dividend | | | sell | 12/21 | K | A | |
| 61. ISHARES DJ US ENERGY SEC IND FD(2) | A | Dividend | | | sell | 9/6 | K | C | |
| 62. ISHARES DJ US REAL ESTATE IND FD(2) | A | Dividend | | | sell | 12/21 | K | B | |
| 63. ISHARES MSCI JAPAN IND FD(2) | A | Dividend | | | sell | 12/21 | J | B | |
| 64. ISHARES S&P SMALLCAP IND. FD (2) | A | Dividend | | | sell | 5/12 | K | B | |
| 65. JM SMUCKER CO(2) | A | Dividend | | | sell | 4/20 | J | | |
| 66. JUNIPER NETWORKS INC(2) | | None | | | sell | 6/15 | J | | |
| 67. LYONDELL CHEMICAL PV(2) | A | Dividend | | | sell | 4/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 68. MORTGAGEIT HOLDINGS INC(2) | A | Dividend | | | sell | 12/21 | J | | |
| 69. PROCTOR & GAMBLE CO(2) | A | Dividend | | | sell | 12/21 | J | B | |
| 70. RAYTHEON CO DELAWARE NEW(2) | A | Dividend | | | sell | 4/20 | J | B | |
| 71. RYDEX ETF TR INDEX FD(2) | A | Dividend | | | sell | 6/15 | L | B | |
| 72. S&P500 EQUAL WEIGHTED(2) | A | Dividend | | | sell | 6/15 | K | A | |
| 73. SCHLUMBERGERLTD(2) | A | Dividend | | | sell | 5/17 | K | D | |
| 74. SIRIUS SATELLITE RADIO(2) | | None | | | sell | 12/21 | J | | |
| 75. TRANSOCEAN INC (2) | | None | | | sell | 6/16 | J | B | |
| 76. AMERICAN CAPITAL WLD G&I CL C(2) | A | Dividend | K | T | buy | 10/2 | K | | |
| 77. AMERICAN CAP INC BUILDER CL C(2) | B | Dividend | L | T | buy | 8/14 | L | | |
| 78. AMERICAN BLNCD CL C(2) | A | Dividend | K | T | BUY | 10/6 | K | | |
| 79. AXAENTERPRISE MERG & ACQUI. FD CL C (2) | | None | K | T | | | | | |
| 80. FRANKLIN CONV. SEC. FD CL A (2) | A | Dividend | | | sell | 10/6 | K | A | |
| 81. HOTCHKIS & WILEY ALL CAPVAL FD CL C(2) | | None | | | sell | 10/6 | K | | |
| 82. BLACKROCK EQUITYFD C(2) | A | Dividend | L | T | buy | 8/14 | L | | |
| 83. ML GLOBAL ALLOC. C new name BLACKROCK(2) | A | Dividend | L | T | | | | | |
| 84. COHEN & STEERS CLOSED END | B | Dividend | K | T | buy | 11/20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Block, Frederic | . | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| OPPTY FD(2) | | | | | | | | | |
| 85. COLUMBIA TECH FD CL C(2) | | None | K | T | buy | 4/20 | K | | |
| 86. DIAMOND HILL LONG SHORT FD CL C(2) | A | Dividend | L | T | buy | 9/18 | L | | |
| 87. PHOENIX REAL ESTATE SEC FD C(2) | A | Dividend | K | T | buy | 2/22 | K | | |
| 88. ROCHESTER LTM TERM NY MUN FD CL C(2) | B | Dividend | L | T | buy | 2/22 | K | | |
| 89. OPPENHEIMER REAL ASSET FD CL A (2) | A | Dividend | | | sell | 9/6 | J | | |
| 90. MERRILL LYNCH BANK USA(2) | A | Interest | J | T | | | | | |
| 91. MERRILL LYNCH BANK & TRUST(2) | A | Interest | K | T | | | | | |
| 92. MERRILL LYNCH BANK USA(1) | A | Interest | L | T | | | | | |
| 93. MERRILL LYNCH BANK & TRUST (1) | A | Interest | J | T | | | | | |
| 94. MERRILL LYNCH BANK USA | A | Interest | K | T | | | | | |
| 95. MERRILL LYNCH BANK & TRUST | | None | | | closed | 9/29 | J | | |
| 96. ALGER CAPITAL APPRECIATION CL B (4) | | None | J | T | | | | | |
| 97. SELIGMAN COMM & INF FD CL A (4) | | None | J | T | | | | | |
| 98. IRA - F. BLOCK | | | | | | | | | |
| 99. -ALLIED CAPITAL CORP. NEW | C | Dividend | K | T | | | | | |
| 100. COMCAST CORP.USCRD NOTES SER B | B | Dividend | K | T | buy | 9/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 7% 9-15-55 | | | | | | | | | |
| 101. -DNP SELECT INCOME FD INC | B | Dividend | K | T | | | | | |
| 102. -NEWCASTLE INVESTMENT CRP REITS DIVERS. | C | Dividend | K | T | | | | | |
| 103. -WORTHINGTON INDUSTRIES OHIO | A | Dividend | | | sell | 4/20 | J | | |
| 104. -GEORGIA PWR CAP TRUST V DEF INT TR PFD 7.125% 03/31/42 | B | Interest | K | T | | | | | |
| 105. -GENERAL ELECTRIC CAPTLSENIOR NOTES PFD STK 5.875% 2/18/33 | B | Interest | K | T | | | | | |
| 106. -MERRILL LYNCH & CO SRUS SER MLNP 4.15 10/4/11 | B | Interest | K | T | | | | | |
| 107. -MORGAN STANLEY - TR V DEF INT TR PFD 5.75% 7/15/33 | B | Interest | K | T | | | | | |
| 108. -HERTZ CORP. NOTES 7.4% 03/01/11 | C | Interest | K | T | | | | | |
| 109. -AETNA INC SR NOTES 8.5% 08/31/41 | C | Interest | | | sell | 6/19 | K | | |
| 110. CBS CORP.new name-VIACOM INC SR RETAIL DEB 7.25% 06/30/51 | B | Interest | K | T | | | | | |
| 111. -CITIGROUP CAP VIII DEF INT TR PFD STK 6.95% 09/15/31 | C | Interest | L | T | | | | | |
| 112. -WELLS FARGO TR VI TRUST PFD SEC 6.95% 04/15/32 | C | Interest | L | T | | | | | |
| 113. -VERIZON NEW - SR NOTES 7% 5/15/42 | C | Interest | K | T | | | | | |
| 114. -VIRGINIA POWER TR II GTD TR - SECS 7.375% 07/30/42 | C | Interest | K | T | | | | | |
| 115. -VORNADO REALTY TRUST SER F CUM PFD SHS 6.75% PERP | C | Interest | L | T | | | | | |
| 116. ALLIANZ NFJ DIVD VALUE CL C | A | Dividend | K | T | buy | 11/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. AMERICAN FUNDM INVT CL C FD | A | Dividend | L | T | buy | 4/17 | L | | |
| 118. AMERICAN CAP WLD GRW & INC CL C | A | Dividend | L | T | buy | 4/17 | L | | |
| 119. AMERICAN CAP INC BUILDER CL C | B | Dividend | L | T | buy | 9/13 | L | | |
| 120. BLACKROCK EQUITY DIV FD C | A | Dividend | L | T | buy | 6/28 | L | | |
| 121. -BLACKROCK INCM TR INC | B | Interest | K | T | | | | | |
| 122. COHEN & STEERS CLOSED END OPPTY FD | B | Dividend | K | T | buy | 11/20 | K | | |
| 123. -EVERGREEN MANAGED INCOME FUND | C | Dividend | K | T | | | | | |
| 124. FRANKLIN TEMPLETON HARD CURRCY FD | A | Dividend | K | T | buy | 4/17 | K | | |
| 125. -HANCOCK JOHN INC S T SBI | C | Dividend | K | T | | | | | |
| 126. -BLACKROCK new name ML GLOBAL ALLOCATION C | A | Dividend | L | T | | | | | |
| 127. -MFS GOVT MKTS INC TR SBI | B | Dividend | K | T | | | | | |
| 128. -MFS INTER INCM TR SBI | B | Dividend | | | sell | 10/31 | K | | |
| 129. THORNBURG CORE GRTH FD CL C | | None | K | T | buy | 4/24 | K | | |
| 130. -MERRILL LYNCH BANK USA RASP | A | Interest | K | T | | | | | |
| 131. -US TREASURY NOTE 3.5% 02/15/10 | B | Interest | | T | sell | 12/13 | K | A | |
| 132. US TREASURY NOTE 4.5% 11-15-15 | A | Interest | K | T | buy | 8/24 | K | | |
| 133. US TREASURY NOTE 4.5% 11-15-15 | A | Interest | | | sell | 12/12 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. -GENERAL MOTORS ACCP CORP SR NOTES 7.25% 02/07/33 | A | Dividend | | | sell | 11/3 | K | A | |
| 135. -PUBLIC STORAGE PFD STK SER D 6.180% PERP | B | Dividend | K | T | | | | | |
| 136. -WALT DISNEY CO SR PFD NOTES 7% 11/01/31 | A | Dividend | K | T | redeemed | 11/22 | K | | |
| 137. -COHEN STEERS REIT & UTILITIES INC FD | A | Dividend | K | T | | | | | |
| 138. -DLP INC | A | Dividend | | | sell | 4/20 | J | | |
| 139. -DUKE ENERGY CORP NC NPV | A | Dividend | | | sell | 4/20 | J | | |
| 140. -ENHANCED EQUITY YIELD FD INC | A | Dividend | | | sell | 8/29 | K | | |
| 141. -REITS-DIVERSIFIED combined with line 85 | | None | | | | | | | |
| 142. -SUNAMERICA FOCUSED ALPHA GR FD INC | A | Dividend | | | sell | 8/24 | K | | |
| 143. -JENNISON 20/20 FOCUS FD CL C | | None | K | T | | | | | |
| 144. -OPPENHEIMER REAL ASSET FD CL A | A | Dividend | | | sell | 4/20 | K | | |
| 145. -LOOMIS SAYLES INV GRADE BOND FD CL C | C | Dividend | L | T | | | | | |
| 146. -LOOMIS SAYLES STRATEGIC INC FD CL C | B | Dividend | | | sell | 4/27 | K | A | |
| 147. -PIMCO FLOATING INC FD CL C | A | Dividend | J | T | | | | | |
| 148. BANK OF SMITHTOWN | | None | J | T | | | | | |
| 149. WASHINGTON MUTUAL | A | Interest | J | T | cd redeem | 12/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/10/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____    Date _May 1, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544